IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:26cr119 |
| | ) | 18 U.S.C. § 641 |
| vs. | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| KIMBERLY BROWN | ) | INDICTMENT |

### COUNT ONE
*(Theft of Government Funds)*

THE GRAND JURY CHARGES:

That from in or around November 2009, through in or around February 2023, in the District of South Carolina, the Defendant, KIMBERLY BROWN, knowingly and willfully did embezzle, steal, purloin and convert to her own use and the use of another funds in excess of $1,000.00, which belonged to the Social Security Administration, a department or agency of the United States;

In violation of Title 18, United States Code, Section 641.

FEB 10 2026 PM 1:16
USDC GREENVILLE SC

1

## FORFEITURE

THEFT OFFENSE:

As a result of the foregoing violation of 18 U.S.C. § 641, as charged in this Indictment, upon conviction, Defendant, KIMBERLY BROWN, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon conviction of Defendant for the violation charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offense charged in this Indictment, that is a minimum of $60,000 and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of 18 U.S.C. § 641.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of a Defendant-

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with, a third party;
(3) has been placed beyond the jurisdiction of the court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of the said Defendants up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A __TRUE__ BILL

REDACTED

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:_____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov